1077

LANCHASHIRE SHIPPING COMPANY, Limited, Appellee, v. MORSE DRY DOCK & REPAIR COMPANY, Appellant.

TOKIO MARINE & FIRE INSURANCE COMPANY, Appellee, v. MORSE DRY DOCK & REPAIR COMPANY, Appellant.

STANDARD TRANSPORTATION COMPANY, Appellee, v. MORSE DRY DOCK & REPAIR COMPANY, Appellant.

STANDARD OIL COMPANY OF NEW YORK, Appellee, v. MORSE DRY DOCK & REPAIR COMPANY, Appellant.

Nos. 288–291.

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

Palmer & Furman, of New York City (Courtland Palmer and Chauncey I. Clark, both of New York City, of counsel), for appellant.

Geo. Whitefield Betts, Jr., of New York City, for Lancashire Shipping Co., Limited.

Leonard J. Matteson, of New York City, for other appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decrees [43 F.(2d) 750] affirmed on opinion below.

Abe LANGLOIS, Appellant, v. UNITED STATES of America, Appellee.

No. 6451.

Circuit Court of Appeals, Ninth Circuit.

May 1, 1931.

Before SAWTELLE, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to motion of appellee, ordered appeal in above cause dismissed for failure of appellant to file record and docket cause; mandate forthwith.

LEKTOPHONE CORPORATION v. CROSLEY RADIO CORPORATION.

No. 5262.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1931.

For opinion below, see 46 F.(2d) 126.

Pennie, Davis, Marvin & Edmonds, of New York City, Murray & Zugelter, of Cincinnati, Ohio, and Hoguet & Neary, of New York City, for appellant.

Allen & Allen, of Cincinnati, Ohio, Thos. G. Haight, of Jersey City, N. J., and Giles W. Rich, of New York City, for appellee.

PER CURIAM.

Decree of District Court affirmed upon authority of Lektophone v. Rola Company and Miller Bros. Co. v. Lektophone, 282 U. S. 168, 51 S. Ct. 93, 75 L. Ed. ——, decided by Supreme Court on December 8, 1930.